JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD KELLY, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., a Delaware Corporation; and Does 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:18-cv-5807-MWF-AGR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The stipulation is approved. The entire action, including all claims stated herein, is hereby dismissed without prejudice. Each party will bear its own fees and costs.

IT IS SO ORDERED

Dated: January 15, 2019

_____
Hon. Michael W. Fitzgerald
United States District Judge

Baker & McKenzie LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
+1 310 201 4751

Case No. 2:18-cv-5807-MWF-AGR
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE